IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT LYNN COLE                                                       PLAINTIFF

v.                            No. 5:11CV00232 KGB

ARKANSAS DEPARTMENT OF
CORRECTION; RAY HOBBS, in his
official capacity as Director of the
Arkansas Department of Correction; and
DEMERY, in his individual and official
capacity as a correctional officer for the
Arkansas Department of Correction                          DEFENDANTS

## ORDER

The defendants' motion to file under seal Exhibit E to defendants' motion for summary judgment is GRANTED. Document #12. The Clerk is ordered to accept Exhibit E for filing under seal.

IT IS SO ORDERED this 23rd day of May, 2012.

                                                  _____
                                                  KRISTINE G. BAKER
                                                  UNITED STATES DISTRICT JUDGE