# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALBERT LYNN COLE, ADC #090762**                                     **PLAINTIFF**

**v.**                              **No. 5:11-cv-00232 KGB**

**ARKANSAS DEPARTMENT OF CORRECTION,
RAY HOBBS, in his official capacity as Director
of the Arkansas Department of Correction, and
OFFICER DEMERY, in their individual and
official capacities as correctional officers for the
Arkansas Department of Correction**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law of July 24, 2012 (Dkt. No. 29), judgment is entered dismissing this case with prejudice.

SO ORDERED this 7th day of August, 2012

_____
Kristine G. Baker
United States District Judge